**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER COLORADO

Civil Action No. 06 - CV - 01291 -ᏰɴᏰ JUL 5 - 2006

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY ⌐. ⌐∟∩ᴴAM
CLERK

STEPHEN CURTNER,

     Petitioner,

v.

HECTOR A. RIOS,

     Respondent.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PETITIONER TO CURE DEFICIENCY**

---

Petitioner has submitted a Petition for Habeas Corpus Pursuant to 28 U.S.C. §

2241. He has failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in an Habeas Corpus

Action. The court has determined that the document is deficient as described in this

order. Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action. Petitioner will be directed to cure the following if he wishes to

pursue his claims. Any papers which the Petitioner files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) _X_ is not submitted
(2) _____ is missing affidavit
(3) _____ is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing
(4) _____ is missing required financial information

(5)     __     is missing an original signature by the prisoner
(6)     __     is not on proper form (must use the court's current form)
(7)     __     names in caption do not match names in caption of complaint, petition or habeas application
(8)     __     An original and a copy have not been received by the court. Only an original has been received.
(9)     X     other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10)     __     is not submitted
(11)     X     is not on proper form (must use the court's current form)
(12)     __     is missing an original signature by the prisoner
(13)     __     is missing page nos. ___
(14)     __     uses et al. instead of listing all parties in caption
(15)     __     An original and a copy have not been received by the court. Only an original has been received.
(16)     __     Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)     __     names in caption do not match names in text
(18)     __     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following forms: a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30th day of June, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 01291 - BrB

Stephen Curtner
Reg. No. 16357-045
FCI - Florence
P.O. Box 6000
Florence, CO 81226

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 7-5-06

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk